# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO J. D. M., I. D. M.,
MINORS.

No. 71674

JESSICA H.,

Appellant,

vs.

STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES; J. D. M.; AND
I. D. M.,

Respondents.

FILED

JUL 05 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order terminating appellant's parental rights. On April 5, 2017, appellant's counsel filed a motion for a voluntary dismissal of this appeal. Counsel informs this court that she has written to appellant "imploring her to work with [counsel] regarding the appeal," and "explain[ing] the legal effects and consequences of the voluntary withdrawal of this appeal," but has not had contact with appellant since October 2016.

As it appears that appellant has abandoned this appeal, we grant counsel's motion and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-22104

cc: Hon. Robert Teuton, District Judge
Maria A. Perez Avilez
Jessica H.
Lewis Roca Rothgerber Christie LLP/Las Vegas
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk